

November 15, 2024

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York  10007

    Re:    **Seth Milbauer v. The Guardian Life Insurance Company of America et al. – No. 1:24-CV-7740 (RA)(BM)**

Dear Judge Abrams:

We represent the Plaintiff, Seth Milbauer. The purpose of this letter is to seek a brief extension of time to the dates set forth in the Court's Order and Notice of Initial Conference (DE-8). I am scheduled to be out of the country commencing December 12 through and including December 22, 2024. I have conferred with counsel for Defendants, Eric Au, and he consents to this extension.

The original dates set forth in the Court's Order are as follows:

| | |
|---|---|
| December 13, 2024: | Joint submission of letter to the Court |
| December 13, 2024: | Joint submission of proposed case management plan and scheduling order to the Court |
| December 20, 2024, 12:30 p.m. | Initial status conference (telephonic) |

We understand that counsel for Defendants is contemporaneously seeking an extension of time to file a response to Plaintiff's Complaint to December 13, 2024, to which we have consented.

We respectfully request that the Court adjourn the above-referenced dates to some time after December 25, 2024.

                                               Respectfully submitted,

                                               Eve-Lynn Gisonni
                                               Of Counsel
                                               (203) 287-2158
                                               egisonni@sdvlaw.com

cc: Eric F. Au, Esq. (Eric.Au@FaegreDrinker.com)
    Kate L. Villanueva, Esq. (Kate.Villanueva@FaegreDrinker.com)

Application granted. The conference scheduled for December 20, 2024 is hereby adjourned to January 3, 2025 at 3:30 p.m. Unless the parties request otherwise, the conference will be held telephonically. Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. The parties shall submit a joint letter one week in advance of the conference.

SO ORDERED.

Hon. Ronnie Abrams
November 18, 2024